UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:
Jason Earl Leszinske    Bankruptcy Case No. 15-22202
Darcy Jean Leszinske    Chapter 13
                         Honorable Daniel Opperman

            Debtors/

## CERTIFICATE OF COMPLIANCE FOR PROOF OF INSURANCE FOR SECURED CREDITORS

I hereby certify that on November 16, 2015, I served by first class mail the debtors' proof of insurance upon:

1. Credit Union One, 400 E. Nine Mile Road, Ferndale, MI  48220-1769

                                          */s/ Carol Holden*
                                          Carol Holden, an employee of
                                          Reinert & Reinert
                                          3434 Davenport
                                          Saginaw, MI 48602
                                          Telephone (989) 799-8860
                                          Facsimile (989) 799-8861
                                          ecf@mcreinert.com